**Appeal Dismissed and Memorandum Opinion filed June 20, 2023.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-23-00353-CV

---

## NATHAN WINFIELD, SR. AND BARBARA WINFIELD, Appellants

## V.

## EAGLE RANCH HOMEOWNERS ASSOCIATION, Appellee

---

**On Appeal from the 151st District Court
Harris County, Texas
Trial Court Cause No. 2021-23010**

---

## MEMORANDUM OPINION

This is an attempted appeal from an order signed May 8, 2023 granting a motion to enforce a settlement agreement. Generally, appeals may be taken only from final judgments. *Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001). When orders do not dispose of all pending parties and claims, the orders remain interlocutory and unappealable until final judgment is rendered unless a statutory exception applies. *Bally Total Fitness Corp. v. Jackson*, 53 S.W.3d 352, 352 (Tex. 2001); *Jack B. Anglin Co., Inc. v. Tipps*, 842 S.W.2d 266, 272 (Tex. 1992) (orig.

proceeding). By its terms, the order did not dispose of the underlying trial court proceeding. *Cf. B.Z.B., Inc. v. Clark*, 273 S.W.3d 899, 902 (Tex. App.—Houston [14th Dist.] 2008, no pet.) (holding an order granting a motion to enforce a settlement agreement was final and appealable when the appellate record did not indicate there were any "unresolved issues or parties").

On June 1, 2023, notification was transmitted to the parties that the appeal was subject to dismissal without further notice unless any party demonstrated this court has jurisdiction over the appeal on or before June 12, 2023. *See* Tex. R. App. P. 4.1(a), 42.3(a). No party has filed a response.

Accordingly, the appeal is ordered dismissed.


PER CURIAM

Panel consists of Chief Justice Christopher and Justices Zimmerer and Poissant.